UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-2616

DONALD R. TERRY,

Plaintiff - Appellant,

versus

DIRECTOR, COMPLAINT ADJUDICATION DIVISION,
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
OFFICE OF FEDERAL OPERATIONS,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CA-98-222)

Submitted: January 26, 1999      Decided: February 25, 1999

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Donald R. Terry, Appellant Pro Se. Michael Anson Rhine, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia; Lisa J. Banks, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald R. Terry appeals the district court's order dismissing his complaint against the Equal Employment Opportunity Commission for failure to state a claim upon which relief can be granted. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Terry v. Director, Complaint Adjudication Div., No. CA-98-222 (E.D. Va. Sept. 28, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED